1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA 94102
4   Telephone: (415) 436-7700

5   Counsel for Defendant DERA JONES

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

    UNITED STATES OF AMERICA,          )   No. CR 05-254 CRB
10                                      )
            Plaintiff,                  )   STIPULATION AND
11                                      )   [PROPOSED] ORDER
         v.                             )   CONTINUING MOTION TO
12                                      )   DISMISS HEARING
                                        )
13                                      )   **Hearing Date**: Monday, June
    DERA JONES,                         )   29, 2005 at 2:15 p.m.
14                                      )
            Defendant.                  )   The Honorable Charles R.
15                                      )   Breyer

16   _____

17   The undersigned parties stipulate as follows:

18

19   1.    A motion to suppress hearing is currently set before this Court on June 29, 2005 at

20         2:15 PM;

21

22   2.    Counsel for Ms. Jones requests more time to file the opening motion due to the

23         fact that she is out of town this week;

24

25   3.    As such, counsel for Ms. Jones requests that this Court continue the motion to

26         dismiss hearing for one week, to Wednesday, July 6 2005 at 2:15 PM.

27

28   4.    Counsel for the government, Robert Rees, has no objection to moving the motion

           to dismiss hearing one week to Wednesday, July 6 at 2:15 PM.

*Jones,* CR-05-254 CRB
Stip. Continue Motion Suppress          1

5.      The parties further stipulate that the briefing schedule should be altered as follows;

Opening Motion Due:        June 8, 2005

Gov. Response Due:         June 22, 2005

Reply Due:                 June 29, 2005

6.      The parties jointly request an exclusion of time on the basis of effective

preparation of counsel.  Defense counsel hereby stipulates that her client is out of

custody; that she needs more time to effectively prepare this motion; that an

exclusion of time is in her client's best interest, and that the ends of justice served

by excluding the additional two week period between June 1, 2005 and June 8,

2005 outweigh her client's interest in a speedy trial.

7.      Counsel for Ms. Jones hereby certifies that she has discussed said continuance

with Robert Rees, AUSA, and that he is in accord with the representations in this

stipulation.


IT IS SO STIPULATED.


DATED:      May 30, 2005              _____/s/_____

                                     ELIZABETH M. FALK
                                     Assistant Federal Public Defender

DATED:      May 30, 2005              _____/s/_____

                                     ROBERT REES
                                     Assistant United States Attorney

## [~~PROPOSED~~] ORDER

       GOOD CAUSE APPEARING, it is hereby ORDERED that the Motion to Dismiss

hearing in the aforementioned case is hereby continued from June 29, 2005 to July 6,

2005 at 2:15 PM before this honorable Court.  The briefing schedule for said motion is

hereby altered as stated by counsel in this stipulation..  Based on the aforementioned

representations of defense counsel, this Court further finds that counsel for the defendant

1  needs additional time to effectively prepare a defense for her client, and that defense

2  counsel believes that an exclusion of time is in her client's best interest.  Given these

3  circumstances, this Court finds that the ends of justice served by excluding the period

4  between June 1, 2005 and June 8, 2005 outweigh the best interest of the public and the

5  defendant in a speedy trial.  An exclusion of time is thus appropriate under the Speedy

6  Trial Act between June 1 and June 8, 2005 to enable counsel to effectively prepare for the

7  motion, 18 U.S.C. § 3161(h)(8)(A) & 18 U.S.C. § 3161(B)(iv).

8

9  DATED: May 31, 2005                    _____

10                                      THE HONORABLE CHARL

11                                      UNITED STATES DISTRICT

APPROVED

Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA