BARRY J. PORTMAN
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERA JONES,<br><br>    Defendant. | No. CR 05-00254 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE FOR MOTION TO DISMISS HEARING |

1. A motion to dismiss hearing has been previously set by this Court for July 27, 2004, at 2:15 PM;

2. The current motion schedule does not allow time for counsel for Mr. Jones to file a reply brief;

3. Further, defense counsel is out of town at a trial training in Macon, Georgia through July 29, 2005. She will not be in California on July 27, 2005 and is thus unavailable for the motion hearing under the current schedule;

4. As such, the parties stipulate and further request the court to continue the aforementioned Motion to Dismiss hearing to Wednesday, August 10, 2005, at 2:15 PM;

/ / /

/ / /

5. The parties further stipulate and request that the Court permit defense counsel to file a Reply brief to the Government's Response, which shall be due August 3, 2005.

IT IS SO STIPULATED

Dated July 18, 2005

                               /S/
ELIZABETH M. FALK
Assistant Federal Public Defender

Dated July 20, 2005

                               /S/
ROBERT REES
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ~~PROPOSED~~ ORDER

FOR GOOD CAUSE SHOWN, and based on the unavailability of counsel, the Motion to Dismiss hearing, currently calendared for July 27, 2005, at 2:15 PM, shall be CONTINUED to August 10, 2005, at 2:15 PM. Counsel for the defendant is to file a reply brief no later than August 3, 2005.

IT IS SO ORDERED

Dated July 25, 2005

                               [APPROVED — /s/ Judge Charles R. Breyer]
THE HONORABLE CHARLES R. BREYER
United States District Judge