KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

BLAKE D. STAMM (CTSBN 301887))
ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 05 0254 CRB |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER FOR THE RELEASE OF RECORDS CONCERNING REMOTE COMPUTER SERVICE PURSUANT TO 18 U.S.C. 2703 |
| v. | ) | |
| DERA MARIE JONES, | ) | |
| Defendant. | ) | |

    This matter having come before the court pursuant to an application under Title 18, United States Code, Sections 2703(c) and (d) by Assistant United States Attorney Blake D. Stamm, an attorney for the Government as defined by Fed. R. Crim. P. 1(b)1(B), requesting an order authorizing the release of account records of a remote computing service as such records are described below:

    The account history of:

        A.  AOL Account Number 078-1502-966 held in the name of Gary Brown, 376 Ellis Street, Apt. 402, San Francisco CA 94102;

        B.  AOL account(s) with associated screen names: photoioniationx; prosabers; fatalblastwhip05; lasersonsale; vobolaxe or any other screen names assigned to

ORDER
[05 0254] [CRB]

AOL Account Number 078-1502-966 held in the name of Gary Brown, as such account history is related to "terms of service violations" during the period from the inception of the account(s) in or about December of 2004 through the present including:

    1. all records generated or received relative to threatening communications made through the account(s);

    2. all records generated or received concerning the Federal Bureau of Investigation (FBI) including but not limited to, the use of the account to communicate statements identifying the account user as an FBI employee.

    3. Such records are to include, without limitation:

        a. terms of service violation reports including any snapshots or duplications of complaints filed with AOL;

        b. basic subscriber information;

        c. Internet Protocol logs;

        d. registered screen names;

        e. records of session time.

        f. methods of payment;.

        h. "Buddy List" Information,

UPON REVIEW OF THE APPLICATION, THE COURT HEREBY FINDS THAT:

Pursuant to 18 U.S.C. § 2703(d), Applicant has certified that the information likely to be obtained through the records by such is relevant to an ongoing criminal investigation being conducted by the Federal Bureau of Investigation into possible violations of 18 U.S.C. § 875(c), transmitting a threat in interstate commerce.

//
//
//
//
//

ORDER
[05 0254] [CRB]

1    THEREFORE, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §§ 2703(c)(1)(B), and
2    2703(d), that AOL shall supply the account records of a remote computing service described
3    above upon oral or written request by investigators of the Federal Bureau of Investigation.

5    DATED: Nov. 28, 2005



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

ORDER
[05 0254] [CRB]