**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  United States of America,                    No. C 05-00254 CRB
12         Plaintiff,                            **ORDER**
13     v.
14  Dera Marie Jones,
15         Defendant.
16  _____/
17      The Court has proposed the attached jury instruction and invites counsel's comments.
18      **IT IS SO ORDERED.**
19
20
21  Dated: November 29, 2005                     _____
                                                 CHARLES R. BREYER
22                                               UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

G:\CRBALL\2005\0254cr\order 1.wpd