**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00254 CRB |
| Plaintiff, | **ORDER RE STIPULATION** |
| v. | |
| DERA MARIE JONES, | |
| Defendant. / | |

The Court has proposed the attached stipulation and invites comments from counsel at today's hearing.

**IT IS SO ORDERED.**

Dated: December 1, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0254cr\order 2.wpd