IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERA MARIE JONES,<br><br>    Defendant.<br>_____/ | No. CR 05-00254 CRB<br><br>**ORDER** |

    The Court has amended the substantive jury instruction as attached and invites counsel's comments. Attorneys should be present in the courtroom at 8:30am to discuss this instruction and any other outstanding matters.

    **IT IS SO ORDERED.**

Dated: December 5, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0254cr\order 3.wpd