IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  CR-05-0254 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| DERA MARIE JONES, | |
| Defendant. | |

It is hereby ordered that the United States Marshal sequester the jury of twelve members in the above matter during their deliberations at the United States Courthouse in San Francisco and furnish them with meals at the expense of the United States.  The deliberations will commence on December 06, 2005 .

The jury shall be sequestered commencing December 06, 2005 until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: December 06, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE