BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DERA MARIE JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DERA MARIE JONES,<br><br>  Defendant. | No. CR 05-254 CRB<br><br>**DECLARATION OF ELIZABETH M. FALK; UNOPPOSED MOTION TO ADJUST BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR A NEW TRIAL (FRCP 33)**<br><br>Hearing Date: April 5, 2006 at 2:15 p.m.<br><br>The Honorable Charles R. Breyer |

I, Elizabeth M. Falk, declare as follows:

1. I begin a trial before the Honorable Edward M. Chen today, February 22, 2006. This trial was moved forward to February 22, 2006 last week, after the Pretrial Conference;

2. I thus request that the briefing schedule on Defendant's Motion for a New Trial be continued to the following dates, which will not affect the motion hearing date;

\\
\\

*Jones,* CR-05-254 CRB - Continue Briefing Schedule

| | | |
|---|---|---|
| **Opening Motion Due:** | February 27, 2006. |
| **Response Due:** | March 22, 2006. |
| **Reply Due:** | March 29, 2006. |
| **Motion Hearing:** | April 5, 2006. |

3. The government does not voice any objection to permitting Ms. Jones from filing her opening motion on February 27, 2006; however, they reserve the right generally to oppose the filing of the motion on timing ground. I spoke to Mr. Reese personally and he informed me that while he does not care whether the motion is filed on February 22 or 27, he reserves his right to make objections to the general timing of this motion.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on this the 22nd day of February, 2006.

DATED:   February 22, 2006          _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

**~~[PROPOSED]~~ ORDER**

For good cause shown, the briefing schedule for Defendant's Motion to Suppress shall be altered as stated in this stipulation. The hearing date of April 5, 2006 shall remain on calendar.

February 22, 2006          _____
                           THE HONORABLE CHARLES R. BREYER
                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer, United States District Court, Northern District of California

*Jones*, CR-05-254 CRB - Continue Briefing Schedule