1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone:  (415) 436-7210
7     Facsimile:  (415) 436-7234
      Email:  robert.rees@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    Case No:  CR 05 0254 CRB
                                     )
14        Plaintiff,                 )    **UNITED STATES' REQUEST AND
                                     )    [PROPOSED] ORDER FOR
15     v.                            )    ADDITIONAL TIME TO FILE
                                     )    RESPONSE**
16  DERA MARIE JONES,                )
       a/k/a Derek Jones             )    Next Date:    April 5, 2005
17                                   )    Time:         2:15 p.m.
          Defendant.                 )    Court:        Hon. Charles R. Breyer
18  _____ )

19        The United States respectfully requests this Court for additional time within which

20  to file its response to the defendant's motion for a new trial filed on February 27, 2006.

21  The defendant's motion, filed approximately three months after she was convicted, is

22  lengthy and contains two declarations of fact, several transcript excerpts, and additional

23  exhibits all requiring significant review.  The United States also makes this request in part

24  due to the need for continued research and expert consultation.  Accordingly, the United

25  States requests an additional three weeks to respond to the defendant's motion for a new

26  trial.

27        Defense counsel, Elizabeth Falk of the Federal Public Defender's Office, is out of

28  the district until March 24, 2006, and is therefore unavailable.  The duty Federal Public

UNITED STATES' REQUEST FOR ADDITIONAL TIME TO RESPOND
CR 05 0254 CRB                          1

1 | Defender declined to state a position on this motion on her behalf.

2 |      Should the Court grant the motion for additional time, the proposed briefing

3 | schedule would proceed with the United States' response due on April 12, 2006, the

4 | defendant's reply (if any) due on April 19, 2006, and a motions hearing before the Court

5 | on April 26, 2006 at 2:15PM.

6 |

7 | DATED:  March 22, 2006         Respectfully submitted,

8 |

9 |          KEVIN V. RYAN
         United States Attorney

10 |

11 |          _____/s_____

12 |          ROBERT DAVID REES
         Assistant United States Attorney

13 |

14 |

15 | **[PROPOSED] ORDER**

16 |      For good cause shown, the briefing schedule for the defendant's Motion for a New

17 | Trial shall be altered such that the United States' response is due on April 12, 2006 and

18 | the defendant's reply (if any) is due on April 19, 2006.  The Court vacates the current

19 | hearing date of April 5, 2006, and instead will hold a hearing on the motion at 2:15PM on

20 | April 26, 2006.

21 |

22 |

23 | DATED:  March 23, 2006        _____

24 |          HON. CHARLES R. BREYER
         United States District Judge

25 |

26 |

27 |

28 |

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA