KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0254 CRB |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND |
| ) | STIPULATION CONTINUING TIME |
| v. ) | WITHIN WHICH TO FILE |
| ) | DECLARATIONS |
| DERA MARIE JONES, ) | |
|   a/k/a Derek Jones, ) | |
| ) | |
| Defendant. ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order rescheduling the time within which to file declarations relating to alleged discovery violations in this matter from April 28, 2006 to May 12, 2006. The parties agree, and the Court finds and holds, that, in light of the need for effective preparation of counsel, the parties stipulate, and the court orders, that the declaration due date previously set for April 28, 2006 be extended

//

//

//

//

1  to May 12, 2006

2

3          IT IS SO STIPULATED.

4

5  DATED: April 26, 2006                          /s/
                                         ROBERT DAVID REES
6                                        Assistant United States Attorney

7

8  DATED: April 27, 2006                          /s/
                                         ELIZABETH FALK
9                                        Assistant Federal Public Defender
                                         Attorney for Defendant
10

11
          IT IS SO ORDERED.
12

13  DATED: May 01, 2006

14

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
Judge Charles R. Breyer

2