1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4
   ANJALI CHATURVEDI (DCBN 446177)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6843
7  Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
13
   UNITED STATES OF AMERICA,       )     No. CR 05 0254 CRB
14                                 )
          v.                       )
15                                 )
                                   )
16 DERA MARIE JONES,               )
                                   )     **NOTICE OF ADDITION OF COUNSEL**
17        a/k/a Derek Jones,       )
                                   )
18        Defendant.               )
                                   )
19

20      The United States Attorney's Office hereby files this Notice of Addition of Counsel to

21 advise the court that Assistant United States Attorney ("AUSA") Anjali Chaturvedi is also

22 assigned to this case.  Accordingly, please have future ECF notices sent to AUSA Anjali

23 Chaturvedi at the email address of anjali.chaturvedi@usdoj.gov.  AUSA Robert Rees should

24 remain on the list of

25 //

26 //

27 //

28
   ADDITION OF COUNSEL
   [CR 05 0254 CRB]

1 | persons to be noticed.

4 | DATED: May 12, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

   /S/   ANJALI CHATURVEDI
ANJALI CHATURVEDI
Assistant United States Attorney



May 13, 2006

ADDITION OF COUNSEL
[CR 05 0254 CRB]