KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 0254 CRB |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR AUGUST 23, 2006** |
| DERA MARIE JONES, ) a/k/a Derek Jones, ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant, the parties agree to reschedule the status hearing in this case from August 30, 2006 to August 23, 2006 at 10:00AM before this Court.

    IT IS SO STIPULATED.


DATED: August 17, 2006
                                                  /s
                                        ROBERT DAVID REES
                                        Assistant United States Attorney


DATED: August 17, 2006
                                                  /s
                                        ELIZABETH FALK
                                        Assistant Federal Public Defender
                                        Attorney for Defendant

CR 05 0254 CRB

1  IT IS HEREBY ORDERED that the previously scheduled status hearing date of August
2  30, 2006 be vacated and that the parties instead appear for a status hearing before this Court on
3  August 23, 2006 at 10:00AM.

5  DATED:__August 23, 2006_____          _____
6                                          HON. CHARLES R. BREYER
                                           United States District Judge

