IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DERA MARIE JONES,<br>    a/k/a Derek Jones,<br><br>    Defendant.<br>_____/ | No. C 05-00254 CRB<br><br>**ORDER DENYING DEFENDANT'S MOTION TO VACATE THE TRIAL DATE** |

    Now pending before the Court is the Defendant's motion to vacate the trial date. The Defendant's motion is DENIED.

    **IT IS SO ORDERED.**

Dated: August 25, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0254cr\order 4.wpd