IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DERA MARIE JONES,<br>　　　　Defendant.　　　　　　　／ | No. CR-05-00254 CRB<br><br>**ORDER** |

　　Now pending before the Court is Defendant's motion to continue the trial date. Defendant's motion is DENIED without prejudice. The parties shall appear at the Settlement Conference currently set for August 31, 2006, at 2:00 PM, in Courtroom A, 15th Floor, San Francisco. No further motions regarding the trial schedule will be considered until the conclusion of settlement discussions.

　　**IT IS SO ORDERED.**

Dated: August 29, 2006

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0254cr\order 5.wpd