BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DERA JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-254 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING LANGUAGE OF JUDGMENT AND COMMITMENT ORDER |
| v. | |
| DERA JONES, | |
| Defendant. | The Honorable Charles R. Breyer |

The undersigned parties stipulate as follows:

1. Ms. Jones did not have a condition of pretrial release that restricted her computer usage. A copy of Ms. Jones' bond modifications are attached hereto as Exhibit A;

2. The parties hereby stipulate and propose to the Court that there is no objection to Ms. Jones using email, ICQ, instant messaging, (or similar communications,) or providing feedback to customers on E-Bay, as this is defendant's line of work. The reason these forms of communication are not objectionable is that these forms of computerized communication involve one-on-one cyber contact, not large-scale groups;

3. The parties instead submit the following proposed language in the Judgment and Commitment Order:

*Jones,* CR-05-254 CRB
Stip Re: Judgment

1    As a special condition of probation, the defendant will not post any
2    messages or communicate in any way on "message boards," or "chat
3    rooms," whereby a single communication typed by the defendant
4    could reach large groups of individuals simultaneously, without prior
5    approval of the Probation Officer.

7  IT IS SO STIPULATED.

9  DATED:   September 15, 2006            _____/S/_____
10                                         ELIZABETH M. FALK
                                           Assistant Federal Public Defender

12 DATED:   September 15, 2006            _____/S/_____
13                                         ROBERT REES
                                           Assistant United States Attorney

15                    [PROPOSED] ORDER

16    GOOD CAUSE APPEARING, it is hereby ORDERED that the aforementioned
17 Proposed Language identified in Paragraph 3 of this stipulation shall be entered on
18 defendant's Judgment and Commitment order.

20 DATED:  September 20, 2006      _____
21                                  THE HONORABLE CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Jones,* CR-05-254 CRB
Stip Re: Judgment