# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Dera Marie Jones           Docket No.: CR 05-00254-01 CRB

Name of Sentencing Judge: Charles R. Breyer
United States District Judge

Date of Original Sentence: September 13, 2006

**FILED**

**MAY 2 2 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Original Offense:
Count 1: Transmitting A Threat in Interstate Commerce, 18 U.S.C. § 875(c), a Class D felony

Original Sentence: 24 months probation
Special Conditions: special assessment $100; mental health treatment; shall not post any messages or communicate in any way on "message boards" or "chat rooms" whereby a single communication typed by the defendant could reach large groups of individuals simultaneously without prior approval of the Probation Officer.

Type of Supervision: Probation                Date Supervision Commenced: September 13, 2006
Assistant U.S. Attorney: Robert Rees          Defense Counsel: Elizabeth Falk (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

The offender shall be allowed to travel to Mexico at the direction of the probation officer.

### Cause

The offender is being supervised in the Southern District of California. Since the offender has been stable, she has been transferred to the compliant caseload. The offender has scheduled trans-gender surgery in Mexico. Due to the proximity of the Mexican border to the Southern District of California, the Southern District U.S. Probation Office frequently authorizes travel across the border. Ms. Jones will frequently travel between the U.S. and Mexico for medical reasons. In order to avoid approaching the Court each time for travel permission, it is felt that giving the probation officer the authority to grant travel will be most effective.

NDC-SUPV-FORM 12B(1)  03/23/05

Dera Marie Jones                                                                Page 2
CR 05-00254-01 CRB

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Address of offender:        4141 Mt. Everest Blvd.
                            San Diego, CA 92111

Respectfully submitted,                        Reviewed by:

_____                _____
Bobby H. Love, Jr.                             James M. Schloetter
U.S. Probation Officer                         Supervisory U.S. Probation Officer

Date Signed: May 15, 2007

---

THE COURT ORDERS:
- ☑ The offender shall be allowed to travel to Mexico at the direction of the probation officer.
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

_May 22, 2007_____            _____
Date                                    Charles R. Breyer
                                        United States District Judge

NDC-SUPV-FORM 12B(1) 03/23/05